UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>    v.<br><br>BEST WESTERN INTERNATIONAL, INC.<br><br>        Defendant. | Case No. SACV 16-0665 AG (KESx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendant and against Plaintiff.

Dated May 18, 2016

                                    Hon. Andrew J. Guilford
                                    United States District Judge

JUDGMENT